UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOLLY MILLER, | ) |
| | ) |
| Plaintiff, | ) Case: 1:23-cv-10202 |
| | ) |
| v. | ) |
| | ) |
| FLINN SCIENTIFIC, | ) |
| | ) |
| INC., | ) |
| | ) |
| Defendant, | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated between Plaintiff, Molly Miller, and Defendant, Flinn Scientific Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is dismissed with prejudice and without right to refile or reinstate. Each party shall bear its or her own attorney's fees, costs and expenses.

Dated this 21st day of February, 2024.

AGREED TO BY:

**MOLLY MILLER**

/s/ *Nathan C. Volheim*
Nathan C. Volheim, Esq.
Travis Lampert, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181 ext. 113
nvolheim@sulaimanlaw.com
tlampert@sulaimanlaw.com

*Counsel for Plaintiff*

**FLINN SCIENTIFIC, INC.,**

/s/ *Ryan A. Haas*
Ryan A. Haas, Esq.
120 S. Riverside Plaza, Suite 1700
Chicago, IL 60606
Phone: (312) 855-4614
rhaas@chuhak.com

*Counsel for Defendant*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of February, 2024, a true and correct copy of the foregoing to has been provided via CM/ECF, electronic mail and/or U.S. mail to all parties of record.

/s/ *Nathan C. Volheim*
Nathan C. Volheim, Esq.